David **BANDELIER**, Appellant,

v.

**STATE** of Missouri, DEPT. OF SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT, Respondent.

No. WD 50646.

Missouri Court of Appeals, Western District.

Feb. 20, 1996.

David Bandelier, Kansas City, pro se.

Todd D. Barr, Mo. Dept. of Social Services, Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and SHANGLER, JJ.

**ORDER**

A father appeals from a decision declaring the child in his custody emancipated under § 452.340.5, RSMo. (1994), and relieving the

---

mother of further support. Affirmed. Rule 84.16(b).